UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08CR4103-JM |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION TO SHORTEN TIME [Docket No. 22] |
| v. | ) | |
| **JULIO CESAR CARDENAS-LIZZARAGA**, | ) ) ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that time for hearing the defendant's motions be shortened to two (2) days, to be heard April 3, 2009, at 9:00 a.m., or as soon thereafter as counsel may be heard.

**SO ORDERED.**

DATED: April 2, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

08CR4103-JM